**Order entered May 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00446-CV

**IDEAL ROOFING, INC., Appellant**

**V.**

**MIKE ARMBRUSTER, ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03420-E**

## ORDER

On April 23, 2013, Vikki Ogden, Official Court Reporter for County Court at Law No. 5

of Dallas County, Texas, filed a motion for an extension of time to file the reporter's record. We

**GRANT** the motion. The reporter's record filed on May 16, 2013 is deemed timely filed.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE